IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

———————————————

No. 01-41500

———————————————

ODEN METRO TURFING INC., ET AL.

CONTINENTAL CASUALTY COMPANY

Plaintiffs,

Plaintiff-Appellee,

versus

PLAQUEMINE CONTRACTING COMPANY INC., ET AL.

PLAQUEMINE CONTRACTING COMPANY INC.

Defendants,

Defendant-Appellant.

———————————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
(00-CV-264)

———————————————————————————

March 20, 2003

Before BENAVIDES, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM[*]:

Appellant Plaquemine Contracting Company Inc. ("Plaquemine") appeals the grant of

summary judgment in favor of Appellee Continental Casualty Company ("Continental") on

Plaquemine's Counterclaim for Tortious Interference and Continental's claims under the Texas

———————————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Construction Trust Fund Act, TEX. PROP. CODE § 162.001. For the reasons essentially stated by the district court, the judgment of the district court is AFFIRMED.